# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | |
| Nicholas Ian Dipietri | CASE NUMBER: **25-01926MJ** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Yuma in the District of Arizona, and elsewhere, the defendant violated 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Homeland Security Investigations and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Gayle L. Helart, AUSA

GAYLE HELART
Digitally signed by GAYLE HELART
Date: 2025.09.15 14:43:36 -07'00'

QUANG Q QUACH
Digitally signed by QUANG Q QUACH
Date: 2025.09.15 14:33:39 -07'00'

SA Quang Q. Quach, HSI

Name of Complainant

Signature of Complainant

Subscribed and sworn electronically

9/16/2025

Date

at    Yuma, Arizona

City and State

HONORABLE JAMES F. METCALF
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

On or about December 23, 2024, in the District of Arizona, and elsewhere, the defendant, NICHOLAS IAN DIPIETRI, did knowingly distribute any visual depiction that involved the use of a minor engaging in sexually explicit conduct and where such visual depictions were of such conduct; and where the visual depiction was mailed, shipped and transported using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2).

[This violation is punishable by a term of imprisonment of 5 years – 20 years, $250,000, and a term of supervised release of between 5-life.]


**COUNT 2**

On or about September 15, 2025, in the District of Arizona and elsewhere, the defendant, NICHOLAS IAN DIPIETRI, did knowingly possess or access with intent to view one or more matters which contains a visual depiction that has mailed or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means, including by computer, if the producing of the visual depiction involved the use of a minor engaged in sexually explicit conduct and such visual depiction is of such conduct (child pornography).

In violation of Title 18, United States Code, Sections 2252(a)(4)(B).

[This violation is punishable by a term of 0-20 years' imprisonment, $250,000, and a term of supervised release of between 5-life.]

## ELECTRONICALLY SUBMITTED AFFIDAVIT IN
## SUPPORT OF COMPLAINT
### (Attachment B)

I, Quang Q. Quach, Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that between September 7, 2024, and September 13, 2024, Kik reported to the National Center for Missing and Exploited Children (NCMEC) one account with username "fili_dis" associated with child pornography, i.e. CSAM (Child Sexual Abuse Material) and using the same IP address of 72.134.136.172, on their platform.

The account, referred to as either fili_dis or SUBJECT ACCOUNT, shared content that was flagged as CSAM by Kik. I am familiar that CSAM is also referred to as child pornography and I am familiar with the definition of what is defined as illegal child pornography pursuant to 18 U.S.C. § 2256. I have viewed all 12 images/videos flagged by Kik as CSAM which were uploaded. Investigative steps determined that the image and video files that were sent by the SUBJECT ACCOUNT between September 7, 2024, and September 13, 2024, used IP address 72.134.136.172. The service address related to the Internet Protocol (IP) address 72.134.136.172 was 11221 S Cardinal Ln, Yuma, AZ 85365. Kik responded to a subsequent federal search warrant for the entirety of the SUBJECT ACCOUNT's contents and provided 147 additional media files and messaging history collected in the SUBJECT ACCOUNT. Of these 147 files, which I viewed, 4 image files and 59 video files contained CSAM. Several of the remaining media files were sexual in content but not CSAM. Several image files were "selfie" photographs of a male visually similar to the registered owner of the vehicles and residence at 11221 S Cardinal Ln, Yuma, AZ 85365.

On September 12, 2025, the Honorable Magistrate Judge James F. Metcalf authorized search warrants for the residence of 11221 S Cardinal Ln, Yuma, AZ 85365, the person of Nicholas Dipietri, and his two vehicles. On September 15, 2025, these warrants were executed. Several devices were seized, including a cellular telephone on his person. Dipietri was interviewed and denied any child pornography activities, stating essentially that he had friends that came over frequently and used his wireless internet service. Agents observed that the Kik application was on Dipietri's cellular phone, with a username for a second Kik account named "thwackerywitheroot" that was the same as a Cybertip received by Agent Quach on September 12, 2025, relating to thwackerywitheroot and this Kik account contained child pornography within the Kik app. Agents also observed that some of the videos that were uploaded showing a male in a home computer area setting  visually matched Dipietri's computer area in his residence. The forensics remain ongoing.

I believe that there is probable cause that Nicholas Ian Dipietri knowingly distributed child pornography and knowingly possessed and accessed with intent to view child pornography in violation of 18 U.S.C. § 2252(a)(2) (knowing distributing or receiving child pornography) and 18 U.S.C. § 2252(a)(4)(B) (knowingly possessing and accessing with intent to view child pornography).

## PRELIMINARY BACKGROUND INFORMATION

1.      I am a Special Agent with HSI assigned to the Yuma office. I have been so employed for one and one-half years and I am specifically assigned to the HSI Yuma Cyber/Special Investigation Group, which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. As the case agent, I was involved in the executing search warrants involving Nicholas Ian Dipietri's residence, person, and vehicles, on September 15, 2025, and have learned facts observed by other agents who assisted. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children, and have worked both as a case agent and assisted other case agents with such investigations. I am familiar with the federal definition

of child pornography pursuant to 18 U.S.C. § 2256, and I am familiar that child pornography is also referred to as CSAM, or child sexual abuse material. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

2.    I have set forth sufficient facts to establish probable cause from this investigation and believe that Nicholas Ian Dipietri has committed violations of 18 U.S.C. § 2252(a)(2) (Distribution and Receipt of Child Pornography) and § 2252(a)(4)(B) (Possession and Access with Intent View Child Pornography).

## STATUTORY AUTHORITY

4.    This investigation concerns alleged violations of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) related to material involving the sexual exploitation of minors.

    a.    18 U.S.C. § 2252(a)(2), in summary, prohibits a person from knowingly distributing or receiving a visual depiction if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, using any means of interstate commerce, including by computer, and to attempt to do so.

    b.    18 U.S.C. § 2252(a)(4)(B), in summary, prohibits a  person from knowingly possessing or accessing with intent to view, any matter which contains any visual depiction if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, that has been transported using any means or facility of interstate commerce, including by computer.

## BACKGROUND ON KIK MESSENGER

5.    Kik Messenger ("Kik") is an instant messaging application for mobile devices, although it is possible to access Kik using a computer. The application is available on most iOS, Android, and Windows phone operating systems free of charge.  Kik uses a

smartphone's data plan or Wi-Fi to transmit and receive messages. Kik allows users to share photographs, sketches, mobile web-pages, linked internet files and other content.

6.     Kik subscribers obtain an account by registering with Kik. During the registration process, Kik asks subscribers to provide basic personal information and to select a username. During this process, Kik registers date, time, internet protocol (IP) address and device related information. The username is the only unique identifier used by Kik. According to the Kik Law Enforcement Guide, a Kik username is unique, can never be replicated and can never be changed.

## DETAILS OF INVESTIGATION

7.  In the following investigative details, redacted DOB's are known by me and all references to ages of minors are estimates that I have made.

8.  On December 23, 2024, HSI Yuma reviewed Cybertip 200137066 that had originally been sent by Kik to the National Center for Missing and Exploited Children (NCMEC). Cybertip 200137066 identified Kik username "fili_dis" with email address "disfili@yahoo.com" and that the user had uploaded 12 video files of potential child sexual abuse material (CSAM). The internet protocol (IP) address 72.134.136.172 was used to upload all files of potential CSAM. I noted that Kik officials viewed the files prior to uploading them to NCMEC.

9.  I have viewed the 12 files uploaded by fili_dis and they can be described as follows:

**File name: 68f5f3f1-4010-4a72-a830-8acce7f80749.jpg:**  This file is an image of a computer screen taken from the perspective of someone sitting in front of the screen. On the screen is an image of a female, whose age is difficult to determine, performing oral sex on a girl's genitals. No pubic hair or discoloration around the girl's genitals is apparent. A gold beverage can with "BUS" is apparent to the right of the computer screen next to a black computer keyboard. The tip of a penis is evident on the bottom edge of the image with a right hand wrapped around it. The hand appears to be light in complexion.

**File name: f69eb120-4238-4e4a-9d3e-25c3bab778ba.jpg:**    The file is an image of a computer screen taken from the perspective of someone sitting in front of the screen. On the screen is an image of a nude female, whose age is difficult to determine, laying her head on top a nude boy, approximately 8 years old, and facing the boy's genitals. Two cans of Busch Beer are evident to the right of the screen. The tip of a penis is evident on the bottom edge of the image with a right hand wrapped around it.

**File name: 2662f6ed-78e9-4323-a2cb-93cdf37fbe5a.mp4:**    This video is taken from the perspective of someone sitting in front of a computer screen. On the screen is an image of 3 nude children on a bed. The first girl appears approximately 3 or 4 years old and is lying on her back. The second girl appears approximately 8 or 9 years old and is lying belly down with her feet by her buttocks and looking over her left shoulder. The third child appears about 6 or 7 years old and is lying on her back with her feet up to her head, exposing her genitalia. During the video a voice is heard stating "This is how I want them around the house all the time." while a right hand reciprocates along a penis in front of the computer screen.

**File name: b4e20b46-e3ad-4bf3-a801-8ba8a0c668c0.mp4:**    The video is taken from the perspective of someone sitting in front of a computer screen. On the screen is a video of a penis being rubbed along female genitalia. No pubic hair is evident on either the male or female. At 00:00:12 the video cuts to a left hand holding a left buttock exposing an anus with no discoloration and female genitalia with no pubic hair.

**File name: 9a23a10e-9017-478a-8563-4f8e27273273.mp4:**    The video is taken from the perspective of someone sitting in front of a computer screen. On the screen is a video that begins with a nude masked girl finishing oral sex on a nude male adult, evident by body hair and broad shoulders, wearing a clown mask and tennis shoes while lying on a bed. The man gets off the bed and points to the end of the bed at 00:00:08. The girl's chest is visible with minimal breast development and appears 9 or 10 years old. The girl complies and lies on her knees and hands at the edge of the bed while exposing her buttocks to the camera before the video ends. A birthmark or bruise is evident on the girl's right leg.

5

**File name: e10860c8-ebcb-47c3-beb3-54a416594468.mp4:** The video is taken from the perspective of someone sitting in front of a computer screen. On the screen is a video that appears to be a continuation of file named 9a23a10e-9017-478a-8563-4f8e27273273.mp4. A man wearing a clown mask visually similar to the mask in video 9a23a10e-9017-478a-8563-4f8e27273273.mp4 reciprocates his finger(s) in and out of a female's genitals. Only the female's buttocks are visible. A birthmark or bruise is evident on the female's right leg, similar to what was found on the girl in video 9a23a10e-9017-478a-8563-4f8e27273273.mp4.

**File name: d8490011-2342-412d-b5b9-add789b2b1c1.mp4:** The video is taken from the perspective of someone sitting in front of a computer screen. On the screen is a photo of two nude girls sitting with their legs spread apart. The girl on the left appears about 10 to 12 years old as there is minimal breast development and pubic hair growth. The girl on the right appears about 7 to 9 years old. There is no breast development or pubic hair growth evident on the 7- to 9-year-old girl. Throughout the video, a right hand with light complexion reciprocates along a penis with pubic hair around it. A voice can also be heard stating, "I want these naughty pics while I'm at work. Send to me."

**File name: 4af7d7ca-0e8f-439f-b134-d5e7b8f009c9.mp4:** The video is taken from the perspective of someone sitting in front of a computer screen. On the screen is a video of a girl, approximately 7 or 7 years old, performing oral sex on a penis with minimal development. No pubic hair is present around the penis. At 00:00:10 the girl removes her mouth from the penis before re-engaging in oral sex until the video concludes.

**File name: 05d5f626-510c-4c8a-8f7d-0d8d874a5068.mp4:** The video is taken from the perspective of someone sitting in front of a computer screen. On the screen is a video that appears to be a continuation of file named e10860c8-ebcb-47c3-beb3-54a416594468.mp4. A man wearing a clown mask visually similar to the mask in video e10860c8-ebcb-47c3-beb3-54a416594468.mp4 reciprocates his finger(s) in and out of a female's genitals. Only the female's buttocks are visible. A birthmark or bruise is evident

on the female's right leg, similar to what was found on the girl in video e10860c8-ebcb-47c3-beb3-54a416594468.mp4.

**File name: fe59560f-ff62-4cb1-95c7-8a6885cd4e1d.mp4:**   The video is taken from the perspective of someone sitting in front of a computer screen. Two cans of Busch beer are visible to the right of the computer screen and a knee with light complexion is visible at the bottom of the video. On the screen is a video of a child, approximately 1 to 3 years old, wearing a long sleeved shirt sitting on top of a woman's chest. At 00:00:09, the woman appears to place her mouth on the child's genitals briefly before removing the child off her. A male grunt in the is heard at 00:00:10 that is not part of the video displayed on the screen.

**File name: 0e1f411e-6811-4a6a-b9fd-fdbe0c077125.mp4:**   The video is taken from the perspective of someone sitting in front of a computer screen. Four cans of Busch beer are visible around the computer screen. On the computer screen is an image of three children, approximately 7 to 9 years old, and a nude adult male kneeling on both knees on a bed. The first child is fully naked and laying down while appearing to hold an adult penis in their left hand with their mouth appearing to touch the penis. The second child is shirtless and is sitting on the bed. A blanket appears to cover their lower body. The third child is seen in the background and appears to be shirtless. The rest of the third child's body is obscured by the adult male and first child. Throughout the video the person, who appears to have light complexion, viewing the screen rubs his penis with his right hand and grunts while looking at the image.

**File name: b0aa808f-efcc-4a99-978e-6bd5e7971eed.mp4:**   The video is taken from the perspective of someone sitting in front of a computer screen. Four cans of Busch beer are visible around the computer screen.  On the screen is what appears to be a child, based on the face and hands, kneeling and alternating between two penises to perform oral sex. One male appears adult aged while the other male's age is difficult to determine. Throughout the video the person, who appears to have light complexion, viewing the screen rubs his penis with his right hand while watching the video.

10.   A preservation request was sent to Kik for the SUBJECT ACCOUNT which was accepted with Request #2170468.   Further investigation showed that IP address 72.134.136.172 was owned by Charter / Spectrum Communications.   An administrative subpoena for the customer assigned to IP 72.134.136.172 at the relevant time(s) / date(s) reflected the subscriber for the internet service was  Nicholas Dipietri with a service address of  11221 S Cardinal Ln, Yuma, AZ 85365.   Further investigation and records checks showed that Nicholas Dipietri had a date of birth XX/XX/1985 (full DOB known to me). He and a woman with the same last name (DOB 1989) were associated with 11221 S Cardinal Ln, Yuma, AZ 85365.   Dipietri is a white male, brownish/reddish hair, brown eyes, approximately 5'9" and 200 pounds,  I determined that database checks of Nicholas Dipietri showed that he was charged for violating the Uniform Code of Military Justice (UCMJ) Article 120 (Rape and Carnal Knowledge) in 2006 when he admitted to having a sexual relationship with a 16 year old girl.   During that investigation, there was child pornography found on his computer, but the child pornography charges were dropped in a pre-trial agreement. Nicholas Dipietri was administratively discharged by the United States Marine Corps in 2008. Nicholas Dipietri was charged with 8 counts of sexual exploitation of a minor in 2008 by the Yuma County Attorney's Office, and in 2009 he was convicted of 1 count of voyeurism in that same case.

11.   On March 13, 2025, HSI Yuma did surveillance of 11221 S Cardinal Ln, Yuma, AZ 85365. One vehicle silver/beige Chevy Silverado pickup truck was observed on the driveway of the residence with Arizona license plate "CCR 9585". Database checks indicate the registered owner of the Chevy Silverado to be Nicholas Dipietri. A scan of readily accessible wireless networks in front of the residence yielded three, password secured, networks.

12.   On August 22, 2025, the Honorable James F. Metcalf authorized a search warrant for the entirety of the current contents of the Kik fili_dis SUBJECT ACCOUNT in Case No. 25-1823MB (sealed).   On August 26, 2025, I reviewed the files provided by Kik/Medialab in response to the federal search warrant, the significance being that as of

August 25, 2025, the account contents that were being possessed as of this date.  Some information of the chats and chat history is below:

a.    Approximately 967 messages were exchanged between fili_dis and "elinator86_11k" on Kik.   During these messages, fili_dis told elinator86_11k that he picked up (his minor child, referred hereafter as Minor Child, name redacted) from school on August 1, 2024, and a screenshot of a text conversation with the Minor Child, date unknown, who stated "I know dad and I will" and "Love you dad" to which fili_dis replied, ""Love you too."  fili_dis also stated to elinator86_11k on August 17, 2024, "I'm at Airsoft and I have (Minor Child) this weekend." suggesting fili_dis is separated from his spouse.

b.    On August 22, 2024, fili_dis asked elinator86_11k "Would you like little videos of me finishing" to which elinator86_11k replied with an affirmative request. fili_dis then stated to elinator86_11k "All over his little peepee before closing his little diaper". Further, I noted that fili_dis addressed elinator86_11k as "Good girl."  fili_dis told elinator86_11k on September 13, 2024, "I want to cum in your ass again. You bounced so well on my dick. (Minor Child) watching from time to time," suggesting that fili_dis's minor child watched fili_dis in a sex act.   Following that message, the conversation continued between fili_dis and elinator86_11k seeming to involve a sexual fantasy involving the three of them (i.e.  fili_dis, Minor Child, and elinator86_11k) because fili_dis stated, "She can sit in front of you leaning back into your breast's. Her butt in your lap."

c.   I noted that fili_dis also stated to elinator86_11k on September 15, 2024, "What about the next baby. Do you want to carry the next one or should we have (Minor Child) start breeding" to which elinator86_11k responded, "I think it's time to start breeding her, she loves playing with her siblings, she will love her own even nore". The conversation continued leading into chatting explicitly about a sexual fantasy involving the three of them.

d.   On October 6, 2024, I noted another conversation between elinator86_11k and fili_dis:

elinator86_11k:       You ok?

fili_dis:             Yes but no if that makes sense

fili_dis:             Trying to do right by me and (Minor Child) is very difficult

elinator86_11k:        Anything I can do to help?

fili_dis:             Not remotely. And only temporary relief

elinator86_11k:       Hugs

fili_dis:             Hugs

elinator86_11k:       Kisses

fili_dis:             Deep and pationate

elinator86_11k:       Yws

fili_dis:             I'm going to have her ride me in the hot tub

elinator86_11k:       Mmm good

fili_dis:             Pussy and or ass

elinator86_11k:       And

fili_dis:             And you put And, does that mean both

elinator86_11k:       Yes

fili_dis:             And cum

elinator86_11k:       Yes

fili_dis:             Where

elinator86_11k:       On her ass

    e. Further, also on October 6, 2024, elinator86_11k also asked fili_dis, "Have you signed up (Minor Child) for volunteering?" to which fili_dis responded. The conversation

continued about the Minor Child until conversation turned to a sexual tone again.  On October 7, 2024, fili_dis continued the conversation and stated, "She cuddled with me Friday and didn't want any. But last night. She kept putting herself in positions as we cuddled and my hand massaged gently and innocently until I asked and massaged lower and her legs parted and she was on fire and drenched. I rubbed her through the cotten and asked if she wanted me to use my mouth. She whimpered out yes."

13.  Also in the Kik return for the contents of the fili_dis account, Kik provided 147 visual files consisting of 23 images and 124 videos.  I have viewed all of these files.  I observed that approximately 4 of the image files and 59 of the video files contained child pornography chargeable under 18 U.S.C. § 2256.  A few examples that I saw can be described as follows:

**56b53244-0eab-4be3-bb27-5521e6915d75.mp4:**  This is a video that appears to be recorded from the perspective of a man sitting on a chair while holding his penis in his right hand. The male moves his hand along his penis while viewing a computer screen.  On the computer screen, a toddler boy who appeared to me to be 2-4 years old, was visible. The boy cried throughout the duration of the video while the man placed his penis into the boy's anus.  The man recording the video can be heard grunting.

**db7ee7e8-2416-4eda-a455-54c02dd206c2.mp4:**  This is a video appears to be recorded from the perspective of a man sitting on a chair while holding his penis in his right hand. The man sitting can be heard saying "…sit on your face. And you cry into her cunnie. Yeah. I want to feel your ass. All the way." throughout the video. The sitting man moves his hand along his penis while viewing the contents on the computer screen.  The computer screen video showed a toddler age girl, who appeared to me to be 2-4 years old, having an adult man put his penis into her vagina.  Throughout the length of the video, the toddler girl on the computer screen can be heard crying and yells "Mommy!" while continuing to cry.

**c4fdf98c-f9bb-4de6-bdb3-e3c924eef987.mp4:**  The video appears to be filmed from the perspective of a man sitting on a chair while holding his penis in his right hand. The male

moves his hand along his penis while viewing a computer screen. During the video, the man sitting can be heard saying "Don't worry baby. You'll like it like mommy does real soon. Oh yeah." On the computer screen is a toddler girl's genitalia being penetrated by a penis. The girl can be heard crying and shouting a word that sounds like "Mommy" twice.

**e7fa99bd-062b-4d0d-a1a0-0f97f380874a.mp4:** The video appears to be filmed from the perspective of a man sitting in front of a computer screen. On the computer screen is a nude girl whose full-frontal area is visible to the camera, and who appears to me to be no older than 12. She is straddling a male whose age is difficult to determine. The male appears to be penetrating the girl with his penis. The sitting man recording says, "Good girl" at about the 3 second mark.

**a1c4a902-3116-4826-9276-4e63b99a290d.mp4:** The video appears to be filmed from the perspective of a man sitting on a chair while holding his penis in his right hand. The man moves his hand along his penis while viewing a computer screen. On the computer screen is a toddler boy's penis being licked by an individual whose age is difficult to determine. The camera pans to the toddler's face and the video concludes.

14.    On August 26, 2025, HSI Yuma agents did surveillance at the SUBJECT PREMISES at 11221 S Cardinal Ln, Yuma, AZ 85365. One silver/beige Chevy Silverado pickup truck was observed on the driveway of the residence with Arizona license plate CCR 9585.    Database checks showed the registered owner of the Chevy Silverado was still Nicholas Dipietri.    But, agents also determined that Dipietri had a second truck, a white Ford F-350 with Arizona license plate VHA 94Z, registered under his name.    On September 10, 2025, at approximately 5:00 p.m., I did surveillance in the vicinity of the SUBJECT PREMISES.    I observed a male that matched Dipietri's photograph from Dipietri's Arizona driver's record exit the white truck that he parked in the driveway.    He checked the mail and after he checked the mail, he walked back around the truck and walked toward the front door of the house out of my view.    A scan of readily accessible wireless networks in front of the residence yielded four, password secured, networks and

one unsecured network; however, the unsecured network did not provide internet connection.

15.   On September 12, 2025, the Honorable James F. Metcalf authorized search warrants for Diepietri's residence (SW 25-1917), vehicles (SW 25-1915MB), and person (SW 25-1916MB), all which remain sealed.

**Search Warrant Execution on September 15, 2025**

16.   On September 15, 2025, agents executed the search warrants.  Agents seized approximately 43 devices—approximately 13 cellular telephones, 4 tablets, 1 desktop computer, and the remaining were other storage devices such as disks and USB drives.  These devices have started being analyzed by an HSI forensics agent.

17.   I, and another HSI Special Agent ("the agents") interviewed Dipietri.  Dipietri was advised of his *Miranda* rights at the start of the interview to which he indicated he understood.  Overall, Diepietri denied engaging in any child pornography activities during the interview.

18.   With respect to Kik, Dipietri stated initially he did not use Kik.  When the agents conducted a manual search of Dipietri's personal phone found on his person, the agents observed that the Kik application was installed.  Dipietri first denied being a Kik user stating that the Kik app on his phone might have been "bloatware," i.e. software already installed on a new phone, but subsequently said he may have used Kik approximately one year ago.   When the agents opened the Kik application, the username "thwackerywitheroot" was found pre-filled in the username box.  Dipietri denied knowing that username.  [Note:  On September 12, 2025, I had received another Cybertip submitted by Kik with the username thwackerywitheroot and associated with the same IP address as was assigned to Dipietri's residence.  This Cybertip was associated with the account thwackerywitheroot uploading and possessing suspected child pornography.]

19.   Dipietri stated that his internet network password was known to many of his friends who visited his residence and Dipietri stated he left his sliding door to his residence

unlocked for his friends to enter his residence.  Dipietri also stated that his friends knew his personal computer's password and the computer was used by his friends.

20.  The agents asked Dipietri about selfie-type pictures of Dipietri's own face in the Kik apps "fili_dis" and "thwackerywitheroot" to which Dipietri responded that these "selfie" type photos may have been uploaded by a friend.  Dipietri advised that he did send out selfie type pictures but that those pictures could have been used by others in a group chat to create an account that would appear it was Dipietri.  When confronted with screenshot pictures of what appeared to be Dipietri's child saying "Love you Dad" in Kik, Dipietri stated that it could have been his child saying that to one of his, Dipietri's, friends.

21.  During a further manual search of Dipietri's phone, the Chrome browsing search history revealed the user searched for "Husband, daughter, and me," "incest," and "FamBreeder69."  I am familiar that "69" is often used a sexually related term to indicate two people laying on top of each other in such a way that each can perform oral sex on the other's genitalia.

22.  One video file on Dipietri's phone named "1756269807052234822_1.mp4" was discovered.  I viewed this file and it contained three people—an adult woman, an adult man, and a girl who appeared to me to be post-pubescent because she had some breast development but who appeared to me to be a teenager between 13-17 years old.  The adult woman performed oral sex on the man, and appeared to be instructing the girl how to perform oral sex.

23.  During the search, several airsoft firearms were discovered at Dipietri's residence which corroborated the Kik user "fili_dis" making a statement about participating in Airsoft.

24.  With respect to videos that were observed in Cybertip  from December 23, 2024 activities from the "fili_dis" account, wherein an adult male appeared to be recording himself viewing child pornography files on a monitor in front of him and commenting on

him, I viewed the photographs taken of the computer area in Dipietri's residence at the search warrant to the computer area in the videos, and the background details matched.

25.   During the search warrant, agents located several sex toys / devices.  Among these items which were mostly usual and sized for adults, one sex device that appeared consistent with replicating a toddler girl's pelvic / vaginal area, was located.  It was visually similar to one seen in a picture in the Kik account(s).  During the search warrant, this item was in a towel and had liquid inside and was seized as consistent with a sexual interest in children.

26.   Upon the beginning of the search warrant execution at the residence, agents observed an adult woman driving an orange Dodge Journey that appeared to have been parked overnight, leaving with two children about 5 and 7 years old.  Dipietri stated during the interview that the woman was a person with whom he had a romantic relationship.

27.    Dipietri was arrested at the conclusion of his interview.

## CONCLUSION

27.   Based on the foregoing, I believe that there is probable cause that Nicholas Ian Dipietri has committed violations of 18 U.S.C. §§ 2252(a)(2) (knowingly distributing child pornography) and 2252(a)(4)(B) (knowingly possessing or accessing with intent to view child pornography), as child pornography is defined under 18 U.S.C. § 2256.

Respectfully submitted,

QUANG Q QUACH
Digitally signed by QUANG Q QUACH
Date: 2025.09.15 14:34:05 -07'00'

Quang Q. Quach
Special Agent
Homeland Security Investigations

Subscribed and sworn telephonically before me this 16th of September, 2025.

Honorable James F. Metcalf
United States Magistrate Judge